UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TLO, LLC,                                                              Case No. 13-20853-BKC-PGH

    Debtor.                                                         Chapter 11
_____/

THOMAS GLOCER, JULES B. KROLL,
BJ4M&M, LLC, GARY SCHULTHESIS,
SHAWN SMITH, AND OLE POULSEN,

    Plaintiffs,
v.                                                                          Adv. Pro. 13-01943-PGH

TECHNOLOGY INVESTORS, INC.,

    Defendant.
_____/

JAY BERNSTEIN, GENE BERNSTEIN,
PETER RIPP, BARBARA RIPP, BRIAN
BACHMAN, HUNTER CREEK, LLC,
and JHBTLO, LLC,

    Plaintiffs,
v.                                                                          Adv. Pro. 14-01149-PGH

TECHNOLOGY INVESTORS, INC.

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the *Order Setting Forth Judicial Settlement Conference Requirements* [ECF No. 84] was served via (i) CM/ECF upon all counsel of record who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case and (ii) electronic mail upon: (a) Raymond Miller, counsel for Desiree Asher

4305.101/354083                                                 1

and Carly Asher Yoost and (b) Paul J. Battista, counsel for the Creditors' Committee, this 19th day of May, 2014.

        Respectfully submitted,

        KOZYAK TROPIN & THROCKMORTON, P.A.
        2525 Ponce de Leon Blvd., 9th Floor
        Miami, Florida 33134
        Tel.:   (305) 372-1800
        Fax:   (305) 372-3508
        E-mail:  das@kttlaw.com

        By: <u>/s/ David A. Samole</u>
             David A. Samole
             Florida Bar No. 582761